JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALIA RITA CHARUKIAN dba MORRISON STUDIOS, LTD., L.P.<br><br>Plaintiff,<br><br>vs.<br>CITY OF LOS ANGELES, UNITED STATES OF AMERICA, DOES 1 to 100 Inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-01292 RGK (KSx)<br>*Judge R. Gary Klausner; Crtm 850*<br>*Magistrate Karen L. Stevenson; Crtm 580 (Roybal)*<br><br>[PROPOSED] **JUDGMENT**<br><br><u>Trial</u><br>Date: December 2, 2025 |

On December 2, 2025 the foregoing matter was called for trial in Courtroom 850 of the United States District Court, Central District of California.

On December 2, 2025, a jury of eight person was impaneled and sworn. Evidence, including the sworn testimony of witnesses was presented on December 2, 2025 and December 3, 2025.

On December 3, 2025, Plaintiff rested and Defendant filed a motion pursuant to Federal Rule of Civil Procedure 50(a) for a judgment as a matter of law as to all Defendants for all claims. (Dkt. No. 80). Argument was heard on Defendant's Motion to Judgment as a Matter of Law (Rule 50a) on December 3, 2025. After reviewing the moving papers and holding oral argument, the court granted the Motion, the Jury was

dismissed and the trial was adjourned. (Dkt. No. 83).

*JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT CITY OF LOS ANGELES ON ALL CLAIMS.*

**IT IS SO ORDERED.**

Dated: __12/12/2025__

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE